AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Atlas, Nancy F. | U.S.D.C. - S.D. Tx. | 8/22/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>515 Rusk Street, Room 9015<br>Houston, TX 77002 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Member | VICTORY (Houston American Cancer Society) |
| 2. | Co-Trustee | Trust 1 |
| 3. | Co-Trustee | Trust 2 |
| 4. | Co-Trustee | Trust 3 |
| 5. | Co-Trustee | Trust 4 |
| 6. | Co-Trustee | Trust 5 |
| 7. | Task Force Co-Chair | American Bar Association Section of Litigation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Atlas, Nancy F.**

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/22/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association, Section of Litigation | 01/14-01/16/10 | New Orleans, LA | Winter Leadership Meeting | transportation, lodging, and meals |
| 2. | State Bar of Texas | 01/29/10 | San Antonio, TX | Alternative Dispute Resolution Program | transportation, lodging |
| 3. | American Bar Association, SCFJI | 02/04-02/07/10 | Orlando, FL | Midyear Meeting | transportation, lodging, and meals |
| 4. | New York University | 03/25-03/26/10 | New York, NY | Admitted Students Program | transportation, lodging, meals |
| 5. | American Bar Association, SOL | 04/22-04/24/10 | New York, NY | Annual Conference | transportation, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Atlas, Nancy F. | 8/22/2011 |

| 6. | American Bar Association, SCFJI | 05/07-05/09/10 | Washington, D.C | Spring Leadership Meeting | transportation, lodging |
|---|---|---|---|---|---|
| 7. | Practicing Law Institute, | 06/29-07/01/10 | New York, NY | Speaking engagement | transportation, meals |
| 8. | American Bar Association, SCFJI | 08/05-08/10/10 | San Francisco, CA | Annual Meeting | transportation, meals |
| 9. | American Bar Association, Section of Litigation | 09/30-10/02/10 | Chicago, IL | Fall Leadership Meeting | transportation, lodging and meals |
| 10. | University of Texas at Austin, School of Law | 10/28-10/29/10 | Austin, TX | Patent Law Seminar | transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/22/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | (Section V Note 1) | See Section VIII | $0.0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/22/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | AXA Equitable Universal Life Insurance | | None | L | T | | | | | |
| 2. | BBVA Compass Bank, Houston, TX | A | Interest | M | T | | | | | |
| 3. | Diamond Castle Partner IV, L.P. (FN 1) | A | Int./Div. | M | U | | | | | |
| 4. | Diamond Castle Partner IV, Offshore Fund, L.P. | B | Int./Div. | J | U | | | | | |
| 5. | Dreyfus 100% U.S. Treasury Money Market Fund | A | Dividend | M | T | Sold (part) | 06/17/10 | M | | |
| 6. | Dreyfus Appreciation Fund | A | Int./Div. | K | T | | | | | |
| 7. | IRA Rollover: Vanguard Treasury Money Market Fund | A | Int./Div. | O | T | | | | | |
| 8. | IRA: Vanguard 500 Index Fund | A | Int./Div. | K | T | | | | | |
| 9. | IRA: Vanguard Treasury Money Market Fund | A | Interest | L | T | | | | | |
| 10. | ITT Hartford Annuity | | None | L | T | | | | | |
| 11. | JP Morgan Chase Bank | | None | | | Closed | 10/12/10 | J | | |
| 12. | MetLife Investors Group Inc. | | None | M | T | | | | | |
| 13. | Nexus BT, LLLP (7) | D | Int./Div. | | | | | | | See Note 7 |
| 14. | Nexus Resources LLC-Preferred | E | Int./Div. | K | U | | | | | |
| 15. | Real Property, Travis County, TX | D | Rent | N | W | Buy | 07/28/10 | N | | |
| 16. | Roth IRA (was IRA): Vanguard Treasury Money Market Fund | A | Interest | J | T | Sold (part) | 12/31/10 | L | | |
| 17. | Roth IRA (was IRA): Vanguard Small Cap Index Fund | | None | L | T | Buy | 12/31/10 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/22/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Roth IRA: Vanguard Money Market | | None | | | Sold | 12/31/10 | K | | |
| 19. Roth IRA Rollover: Vanguard 500 Index Fund | | None | K | T | Buy | 12/31/10 | K | | |
| 20. St. Clair, Patricia & Kellee | A | Interest | J | T | | | | | |
| 21. TD Ameritrade Money Market Acct. | | None | L | T | Buy | 12/21/10 | K | | |
| 22. TPG Partners V, L.P. (FN 2) | B | Int./Div. | L | U | | | | | |
| 23. V&E 401(K): General Investments Fund (FN 3) | | None | P1 | T | Buy | 12/23/10 | N | | |
| 24. V&E 401(K): JPM Prime Money Market | | None | P1 | T | Sold (part) | 12/23/10 | N | | |
| 25. Vinson & Elkins Capital Account | A | Interest | L | T | | | | | |
| 26. Vinson & Elkins Pension Plan (FN 4) | | None | N | W | | | | | |
| 27. Vanguard Emerging Markets Stock Index Fund | A | Int./Div. | J | T | | | | | |
| 28. Vanguard European Stock Index Fund | A | Int./Div. | J | T | | | | | |
| 29. Vanguard Extended Market Index Fund | A | Int./Div. | J | T | | | | | |
| 30. Vanguard Federal Money Market Fund | A | Interest | O | T | Sold (part) | 07/15/10 | N | | |
| 31. Vanguard Pacific Stock Index Fund | A | Int./Div. | J | T | | | | | |
| 32. Vanguard Treasury Money Market Fund | A | Int./Div. | L | T | | | | | |
| 33. Wegoma Berkshire VII, L.P. (FN 5) | E | Int./Div. | K | U | | | | | |
| 34. WG&M Capital Account | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/22/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. WG&M Partners' Target Pension Plan (8) | | None | L | W | | | | | |
| 36. TRUST 1 | D | Int./Div. | N | T | | | | | |
| 37. - Dreyfus Appreciation Fund | | | | | | | | | |
| 38. TRUST 2 | A | Int./Div. | M | T | | | | | |
| 39. - BBVA Compass Bank, Houston, TX Acct. # 4 | | Interest | | | | | | | |
| 40. - Vanguard Emerging Markets Stock Index Fund | | Int./Div. | | | | | | | |
| 41. - Vanguard European Stock Index Fund | | Int./Div. | | | | | | | |
| 42. - Vanguard Extended Market Index Fund | | Int./Div. | | | | | | | |
| 43. -Vanguard Federal Money Market Fund | | Interest | | | | | | | |
| 44. - Vanguard Mid-Cap Index Fund | | Int./Div. | | | | | | | |
| 45. - Vanguard Small-Cap Index Fund | | Int./Div. | | | | | | | |
| 46. - Vanguard Index Trust 500 Portfolio | | Int./Div. | | | | | | | |
| 47. TRUST 3 | A | Int./Div. | M | T | | | | | |
| 48. - BBVA Compass Bank, Houston, TX Acct. # 5 | | None | | | | | | | |
| 49. - Vanguard European Stock Index Fund | | Int./Div. | | | | | | | |
| 50. -Vanguard Federal Money Market Fund | | Interest | | | | | | | |
| 51. - Vanguard Mid-Cap Index Fund | | Int./Div. | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/22/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 52. | - Vanguard Small-Cap Index Fund | | Int./Div. | | | | | | | |
| 53. | TRUST 4 (FN 6) | | None | N | T | | | | | |
| 54. | - BBVA Compass Bank, Houston, TX Acct. #6 | | None | | | | | | | |
| 55. | - Pacific Life Ins. Co. (was "Mercury Equity Index Fund") | | None | | | | | | | |
| 56. | TRUST 5 | A | Int./Div. | M | T | | | | | |
| 57. | - American General Life Ins. Co. (Universal Life Ins.) | | None | | | | | | | |
| 58. | - Lincoln National (formerly Jefferson Pilot Life Ins. Co.) | | None | | | | | | | |
| 59. | - Vanguard Index Trust 500 Portfolio | | Int./Div. | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section V Notes:

(1) A few times each year, friends invite my spouse and me to sit with them at tables they have purchased at charity events. We occasionally invite friends to do the same, i.e., join us at tables we have purchased for charity events. Since my confirmation, each time a friend has invited us to sit at his/her table, my husband has made a contribution to the organization hosting the event equal to or greater than the fair market value of two tickets to the event. Each time, the invitation has come from a close friend whose friendship long predated my nomination. A few of those friends are lawyers and could someday represent clients in my court. To my knowledge, none of those friends was a party or represented clients in my court at the time of the event at which we sat at their table.

Section VII Notes:

(1) Diamond Castle Partner IV, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category K on 1/4/10 and an amount within category J on 4/28, 6/10, 8/26 and 11/2/10.

(2) TPG Partners V, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category J on 2/17, 4/20, 5/20, 7/23, and 7/28/10.

(3) Although ▓▓▓▓ left the employ of Vinson & Elkins, L.L.P. in 2006, ▓ continues to participate in the Vinson & Elkins, L.L.P. Retirement Plans A and B. These are individual account defined contribution plans qualified under I.R.C. Section 401(a). The contributions by the firm were fixed during ▓▓▓▓▓ employment by the firm. Retirement Plan A has a salary reduction I.R.C. Section 401(k) feature. The Trustee of the Plan is JPMorgan Chase Bank, N.A., Houston, Texas. ▓▓▓▓▓ has no investment discretion with respect to the investments of this defined contribution plan, except for the after-tax contribution component as to which ▓ has the liminted discretion to choose any of a number of funds that are available. The General Investment Fund is mostly an equity fund managed by several outside investment advisors. I cannot determine how much of the change in total market value since last year was due to interest and/or dividends. JP Morgan Chase informed ▓▓▓▓ that they cannot provide me with this information.

(4) Annual payment (beginning 1/15/15) of a fixed amount times years of service starting 1/1/95. Present value was provided by ▓▓▓▓ former law firm.

(5) Wegoma Berkshire VII, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category J on 4/20, 7/28, and 12/8/10.

(6) For the item in line 55, Pacific Life Insurance Co. says that it cannot provide the income for any year. Company representatives state that because I hold an interest in an index fund in which the cash value of an insurance policy has been invested, and not an individual taxable investment, there are no individual dividends or realized gains to report; all that is reported are gains or losses to the policy cash value. In addition, the company states, under applicable government regulations, an insurance policy is considered an asset, not an investment.

(7) Nexus BT, LLLP was consolidated into Nexus Resources LLC effective 12/31/10.

(8) The WG&M Partners' Target Pension Plan was inadvertently omitted from the F.D.R. for 2009 and 2010.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Atlas, Nancy F. | 8/22/2011 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy F. Atlas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Atlas, Nancy F. | 2. Court or Organization<br><br>U.S.D.C. - S.D. Tx. | 3. Date of Report<br><br>5/12/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States District Court<br>515 Rusk Street, Room 9015<br>Houston, TX 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Associate Member | VICTORY (Houston American Cancer Society) |
| 2. Co-Trustee | Trust 1 |
| 3. Co-Trustee | Trust 2 |
| 4. Co-Trustee | Trust 3 |
| 5. Co-Trustee | Trust 4 |
| 6. Co-Trustee | Trust 5 |
| 7. Task Force Co-Chair | American Bar Association Section of Litigation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Atlas, Nancy F. A**

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 5/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1-8/31 | Weil Gotshal & Manges, L.L.P. (Law Firm), Partner |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association, Section of Litigation | 01/14-01/16/10 | New Orleans, LA | Winter Leadership Meeting | transportation, lodging, and meals |
| 2. | State Bar of Texas | 01/29/10 | San Antonio, TX | Alternative Dispute Resolution Program | transportation, lodging |
| 3. | American Bar Association, SCFJI | 02/04-02/07/10 | Orlando, FL | Midyear Meeting | transportation, lodging, and meals |
| 4. | New York University | 03/25-03/26/10 | New York, NY | Admitted Students Program | transportation, lodging, meals |
| 5. | American Bar Association, SOL | 04/22-04/24/10 | New York, NY | Annual Conference | transportation, lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Atlas, Nancy F. | 5/12/2011 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | American Bar Association, SCFJI | 05/07-05/09/10 | Washington, D.C | Spring Leadership Meeting | transportation, lodging |
| 7. | Practicing Law Institute, | 06/29-07/01/10 | New York, NY | Speaking engagement | transportation, meals |
| 8. | American Bar Association, SCFJI | 08/05-08/10/10 | San Francisco, CA | Annual Meeting | transportation, meals |
| 9. | American Bar Association, Section of Litigation | 09/30-10/02/10 | Chicago, IL | Fall Leadership Meeting | transportation, lodging and meals |
| 10. | University of Texas at Austin, School of Law | 10/28-10/29/10 | Austin, TX | Patent Law Seminar | transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 5/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. (Section V Note 1) | See Section VIII | $0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AXA Equitable Universal Life Insurance | | None | L | T | | | | | |
| 2. BBVA Compass Bank, Houston, TX | A | Interest | M | T | | | | | |
| 3. Diamond Castle Partner IV, L.P. (FN 1) | A | Int./Div. | M | U | | | | | |
| 4. Diamond Castle Partner IV, Offshore Fund, L.P. | B | Int./Div. | J | U | | | | | |
| 5. Dreyfus 100% U.S. Treasury Money Market Fund | A | Dividend | M | T | Sold (part) | 06/17/10 | M | | |
| 6. Dreyfus Appreciation Fund | A | Int./Div. | K | T | | | | | |
| 7. IRA Rollover: Vanguard Treasury Money Market Fund | A | Int./Div. | O | T | | | | | |
| 8. IRA: Vanguard 500 Index Fund | A | Int./Div. | K | T | | | | | |
| 9. IRA: Vanguard Treasury Money Market Fund | A | Interest | L | T | | | | | |
| 10. ITT Hartford Annuity | | None | L | T | | | | | |
| 11. JP Morgan Chase Bank | | None | | | Closed | 10/12/10 | J | | |
| 12. MetLife Investors Group Inc. | | None | M | T | | | | | |
| 13. Nexus BT, LLLP (7) | D | Int./Div. | | | | | | | See Note 7 |
| 14. Nexus Resources LLC-Preferred | E | Int./Div. | K | U | | | | | |
| 15. Real Property, Travis County, TX | D | Rent | N | W | Buy | 07/28/10 | N | | |
| 16. Roth IRA (was IRA): Vanguard Treasury Money Market Fund | A | Interest | J | T | Sold (part) | 12/31/10 | L | | |
| 17. Roth IRA (was IRA): Vanguard Small Cap Index Fund | | None | L | T | Buy | 12/31/10 | L | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000               P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Roth IRA: Vanguard Money Market | | None | | | Sold | 12/31/10 | K | | |
| 19. Roth IRA Rollover: Vanguard 500 Index Fund | | None | K | T | Buy | 12/31/10 | K | | |
| 20. St. Clair, Patricia & Kellee | A | Interest | J | T | | | | | |
| 21. TD Ameritrade Money Market Acct. | | None | L | T | Buy | 12/21/10 | K | | |
| 22. TPG Partners V, L.P. (FN 2) | B | Int./Div. | L | U | | | | | |
| 23. V&E 401(K): General Investments Fund (FN 3) | | None | P1 | T | Buy | 12/23/10 | N | | |
| 24. V&E 401(K): JPM Prime Money Market | | None | P1 | T | Sold (part) | 12/23/10 | N | | |
| 25. Vinson & Elkins Capital Account | A | Interest | L | T | | | | | |
| 26. Vinson & Elkins Pension Plan (FN 4) | | None | N | W | | | | | |
| 27. Vanguard Emerging Markets Stock Index Fund | A | Int./Div. | J | T | | | | | |
| 28. Vanguard European Stock Index Fund | A | Int./Div. | J | T | | | | | |
| 29. Vanguard Extended Market Index Fund | A | Int./Div. | J | T | | | | | |
| 30. Vanguard Federal Money Market Fund | A | Interest | O | T | Sold (part) | 07/15/10 | N | | |
| 31. Vanguard Pacific Stock Index Fund | A | Int./Div. | J | T | | | | | |
| 32. Vanguard Treasury Money Market Fund | A | Int./Div. | L | T | | | | | |
| 33. Wegoma Berkshire VII, L.P. (FN 5) | E | Int./Div. | K | U | | | | | |
| 34. WG&M Capital Account | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period |  | C. Gross value at end of reporting period |  | D. Transactions during reporting period |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WG&M Partners' Target Pension Plan (8) |  | None | L | W |  |  |  |  |  |
| 36. TRUST 1 | D | Int./Div. | N | T |  |  |  |  |  |
| 37. - Dreyfus Appreciation Fund |  |  |  |  |  |  |  |  |  |
| 38. TRUST 2 | A | Int./Div. | M | T |  |  |  |  |  |
| 39. - BBVA Compass Bank, Houston, TX Acct. # 4 |  | Interest |  |  |  |  |  |  |  |
| 40. - Vanguard Emerging Markets Stock Index Fund |  | Int./Div. |  |  |  |  |  |  |  |
| 41. - Vanguard European Stock Index Fund |  | Int./Div. |  |  |  |  |  |  |  |
| 42. - Vanguard Extended Market Index Fund |  | Int./Div. |  |  |  |  |  |  |  |
| 43. -Vanguard Federal Money Market Fund |  | Interest |  |  |  |  |  |  |  |
| 44. - Vanguard Mid-Cap Index Fund |  | Int./Div. |  |  |  |  |  |  |  |
| 45. - Vanguard Small-Cap Index Fund |  | Int./Div. |  |  |  |  |  |  |  |
| 46. - Vanguard Index Trust 500 Portfolio |  | Int./Div. |  |  |  |  |  |  |  |
| 47. TRUST 3 | A | Int./Div. | M | T |  |  |  |  |  |
| 48. - BBVA Compass Bank, Houston, TX Acct. # 5 |  | None |  |  |  |  |  |  |  |
| 49. - Vanguard European Stock Index Fund |  | Int./Div. |  |  |  |  |  |  |  |
| 50. -Vanguard Federal Money Market Fund |  | Interest |  |  |  |  |  |  |  |
| 51. - Vanguard Mid-Cap Index Fund |  | Int./Div. |  |  |  |  |  |  |  |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
|  | P3 =$25,000,001 - $50,000,000 |  | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Vanguard Small-Cap Index Fund | | Int./Div. | | | | | | | |
| 53. TRUST 4 (FN 6) | | None | N | T | | | | | |
| 54. - BBVA Compass Bank, Houston, TX Acct. #6 | | None | | | | | | | |
| 55. - Pacific Life Ins. Co. (was "Mercury Equity Index Fund") | | None | | | | | | | |
| 56. TRUST 5 | A | Int./Div. | M | T | | | | | |
| 57. - American General Life Ins. Co. (Universal Life Ins.) | | None | | | | | | | |
| 58. - Lincoln National (formerly Jefferson Pilot Life Ins. Co.) | | None | | | | | | | |
| 59. - Vanguard Index Trust 500 Portfolio | | Int./Div. | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section V Notes:

(1) A few times each year, friends invite my spouse and me to sit with them at tables they have purchased at charity events. We occasionally invite friends to do the same, i.e., join us at tables we have purchased for charity events. Since my confirmation, each time a friend has invited us to sit at his/her table, my husband has made a contribution to the organization hosting the event equal to or greater than the fair market value of two tickets to the event. Each time, the invitation has come from a close friend whose friendship long predated my nomination. A few of those friends are lawyers and could someday represent clients in my court. To my knowledge, none of those friends was a party or represented clients in my court at the time of the event at which we sat at their table.

Section VII Notes:

(1) Diamond Castle Partner IV, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category K on 1/4/10 and an amount within category J on 4/28, 6/10, 8/26 and 11/2/10.

(2) TPG Partners V, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category J on 2/17, 4/20, 5/20, 7/23, and 7/28/10.

(3) Although ▓▓▓▓ left the employ of Vinson & Elkins, L.L.P. in 2006, ▓ continues to participate in the Vinson & Elkins, L.L.P. Retirement Plans A and B. These are individual account defined contribution plans qualified under I.R.C. Section 401(a). The contributions by the firm were fixed during ▓▓▓▓▓ employment by the firm. Retirement Plan A has a salary reduction I.R.C. Section 401(k) feature. The Trustee of the Plan is JPMorgan Chase Bank, N.A., Houston, Texas. ▓▓▓▓▓ has no investment discretion with respect to the investments of this defined contribution plan, except for the after-tax contribution component as to which he has the liminted discretion to choose any of a number of funds that are available. The General Investment Fund is mostly an equity fund managed by several outside investment advisors. I cannot determine how much of the change in total market value since last year was due to interest and/or dividends. JP Morgan Chase informed ▓▓▓▓ that they cannot provide me with this information.

(4) Annual payment (beginning 1/15/15) of a fixed amount times years of service starting 1/1/95. Present value was provided by ▓▓▓▓ former law firm.

(5) Wegoma Berkshire VII, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category J on 4/20, 7/28, and 12/8/10.

(6) For the item in line 55, Pacific Life Insurance Co. says that it cannot provide the income for any year. Company representatives state that because I hold an interest in an index fund in which the cash value of an insurance policy has been invested, and not an individual taxable investment, there are no individual dividends or realized gains to report; all that is reported are gains or losses to the policy cash value. In addition, the company states, under applicable government regulations, an insurance policy is considered an asset, not an investment.

(7) Nexus BT, LLLP was consolidated into Nexus Resources LLC effective 12/31/10.

(8) The WG&M Partners' Target Pension Plan was inadvertently omitted from the F.D.R. for 2009 and 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 5/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nancy F. Atlas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544